THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER VANDENBERG,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-00835-JLR<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND SUBMIT JOINT STATUS REPORT<br><br>NOTE ON MOTION CALENDAR: JULY 14, 2017 |

　　　　Plaintiff Jennifer Vandenberg and Defendant Life Insurance Company of North America ("LINA"), by and through their undersigned counsel of record, hereby jointly request that the currently-set deadlines in this matter be extended as specified below.  The parties submit that good cause exists for this modification to the Court's Order Regarding Initial Disclosures, Dkt. No. 6, as these extensions will allow LINA to evaluate and issue a decision on Ms. Vandenberg's appeal of LINA's benefit decision under a plan governed by the Employee Retirement Income Security Act ("ERISA").  Because LINA's decision may make this action unnecessary, the requested modifications will potentially conserve the parties' resources.

　　　　The Parties respectfully request that:

　　　　1.　　LINA shall file a response to Plaintiff's Complaint no later than August 18, 2017;

　　　　2.　　The FRCP 26(f) conference deadline shall be August 18, 2017 (extended from July 28, 2017);

STIPULATION AND PROPOSED ORDER TO EXTEND TIME - 1
CASE NO.: 2:17-CV-00835-JLR

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

3. The initial disclosure deadline shall be September 1, 2017 (extended from August 11, 2017); and

4. The Joint Status Report deadline shall be September 8, 2017 (extended from August 18, 2017).

DATED: July 14, 2017

| LAW OFFICE OF MEL CRAWFORD | LANE POWELL PC |
|---|---|
| By *s/ Mel Crawford* <br> Mel Crawford, WSBA No. 22930 <br> melcrawford@melcrawfordlaw.com <br> Telephone: 206.694-1614 <br> Attorneys for Plaintiff | By *s/ D. Michael Reilly* <br> D. Michael Reilly, WSBA No. 14674 <br> reillym@lanepowell.com <br> Telephone: 206.223.7000 <br> Attorneys for Defendant |

## ORDER

Based on the foregoing Stipulation between the parties, the Court finds that there is good cause to modify its Order Regarding Initial Disclosures, Dkt. No. 6, and to allow Defendant additional time to file its Answer to Plaintiff's Complaint. Accordingly, the Court hereby Orders that the deadlines in this case be modified as follows:

1. LINA shall file a response to Plaintiff's Complaint no later than August 18, 2017;

2. The FRCP 26(f) conference deadline shall be August 18, 2017 (extended from July 28, 2017);

3. The initial disclosure deadline shall be September 1, 2017 (extended from August 11, 2017); and

4. The Joint Status Report deadline shall be September 8, 2017 (extended from August 18, 2017).

IT IS SO ORDERED.

DATED this 17th day of July, 2017.

JUDGE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER TO EXTEND TIME - 2
CASE NO.: 2:17-CV-00835-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1 | Presented by:

2 | LANE POWELL PC

4 | By: */s/ D. Michael Reilly*
D. Michael Reilly, WSBA No. 14674
5 | reillym@lanepowell.com
Attorneys for Defendant

STIPULATION AND PROPOSED ORDER TO EXTEND TIME - 3
CASE NO.: 2:17-CV-00835-JLR

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107